FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0381

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CLAYTON DOUGLAS KIRN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 27, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023